UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022

| | |
|---|---|
| JUUL LABS, INC.,<br>    a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SMOKE DEPOT OF LIU INC.,<br>    a New York corporation,<br><br>    Defendant. | Civil Action No.: 7:20-cv-09735 (NSR)<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT |

This action having been commenced on November 19, 2020 by the filing of the Complaint, and, subsequently, a copy of the Summons and Complaint having been properly served on the defendant Smoke Depot of Liu Inc. on December 1, 2020, a proof of service having been filed as to Smoke Depot of Liu Inc. on December 9, 2020, Smoke Depot of Liu Inc. not having answered the Complaint, the time for answering the Complaint having expired, and the Clerk of the Court properly entering a Certificate of Default on February 1, 2021, it is:

**ORDERED, ADJUDGED, AND DECREED**: That plaintiff JUUL Labs, Inc. have judgment against Smoke Depot of Liu Inc. in the amount of ~~$750,000.00~~ $60,000 for statutory damages pursuant to the Lanham Act for infringement and counterfeiting of JUUL Labs, Inc.'s trademarks identified by Registration Numbers 4,818,664, 4,898,257, and 5,918,490 at the United States Patent and Trademark Office, and with an award of post-judgment interest to accrue on said monetary award at the relevant statutory rate; and

**ORDERED, ADJUDGED, AND DECREED**: That Smoke Depot of Liu Inc., and its respective agents, servants, employees, and representatives and all persons in active concert and participation with them, are hereby permanently **ENJOINED AND RESTRAINED** from:

(i) engaging or continuing to engage in the infringing, unlawful, unfair, or fraudulent business acts or practices described herein, including the marketing, sale, distribution, and/or other dealing in any non-genuine JUUL products, including fake counterfeit products or unauthorized grey-market products;

(ii) using without permission any mark or other intellectual property right of JUUL Labs, Inc.;

(iii) acting to infringe federally-registered, applied-for, and common law trademarks owned by plaintiff JUUL Labs, Inc.;

(iv) falsely designating the origin of any product to be from JUUL Labs, Inc.;

(v) engaging in unfair competition with JUUL Labs, Inc.; or

(vi) acting in any other manner to derogate JUUL Labs, Inc.'s intellectual property rights.

**ORDERED, ADJUDGED, AND DECREED**: That plaintiff JUUL Labs, Inc. is *sua sponte*, **GRANTED** leave to file attorney's fees.

The Clerk of the Court is kindly directed to terminate this action.

Dated: September 12, 2022
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE